UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE ONE, JOHN DOE TWO, JOHN DOE THREE, and JOHN DOE FOUR, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CVS HEALTH CORPORATION; CVS PHARMACY, INC.; CAREMARK RX, L.L.C.; CAREMARK, L.L.C.; CAREMARK CALIFORNIA SPECIALTY PHARMACY, L.L.C.; NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:18-cv-1031 EMC<br><br>**[PR~~OPO~~SED] ORDER GRANTING STIPULATION TO EXTEND DEFENDANT AMTRAK'S TIME TO RESPOND TO COMPLAINT**<br><br>Complaint filed: February 16, 2018 |

Morgan, Lewis & Bockius LLP
Attorneys at Law
San Francisco

# [PROPOSED] ORDER

FOR GOOD CAUSE APPEARING, the Stipulation to Extend Defendant Amtrak's Time to Respond to Complaint is hereby GRANTED as follows:

Defendant Amtrak shall respond to Plaintiffs' Complaint on or before April 23, 2018.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 3/21/18    By: _____
Hon. Edward M. Chen
United States District Judge

