# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE ONE, JOHN DOE TWO, JOHN DOE THREE, and JOHN DOE FOUR, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CVS HEALTH CORPORATION; CVS PHARMACY, INC.; CAREMARK RX, L.L.C.; CAREMARK, L.L.C.; CAREMARK CALIFORNIA SPECIALTY PHARMACY, L.L.C.; NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK; and DOES 1–10, inclusive,<br><br>Defendants. | No. 3:18-cv-1031-EMC<br><br>**[PROPOSED] ORDER GRANTING STIPULATION RE: CONTINUING DEADLINE FOR ALL DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT** |

# [~~PROPOSED~~] ORDER

FOR GOOD CAUSE SHOWN, the Stipulation Re: Continuing Deadline for All Defendants to Respond to Plaintiffs' Complaint is hereby GRANTED:

All Defendants shall respond to Plaintiffs' Complaint on or before May 14, 2018.

This Order shall not affect any other deadlines presently scheduled in this case, other than the previous extension granted for Amtrak to file a response to the Complaint (ECF No. 28).

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 3/29/2018

By: _____
Hon. Edward M. Chen
United States District Judge



IT IS SO ORDERED
Judge Edward M. Chen