**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHN DOE ONE, JOHN DOE TWO, JOHN DOE THREE, and JOHN DOE FOUR, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CVS PHARMACY, INC.; CAREMARK, L.L.C.; CAREMARK CALIFORNIA SPECIALTY PHARMACY, L.L.C.; NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK; and DOES 1-10, inclusive,<br><br>Defendants. | Case No 3:18-CV-1031-EMC<br><br>**[PR~~O~~POSED] ORDER GRANTING JOINT STIPULATION TO SET BRIEFING SCHEDULE ON MOTIONS TO DISMISS ECF NOS. 65 AND 67** (modified)<br><br>Judge: **Hon. Edward M. Chen**<br>**San Francisco Courthouse**<br>**Courtroom 5, 17th Floor**<br><br>Complaint Filed: February 16, 2018 |

| | |
|---|---|
| 1 | |
| 2 | PURSUANT TO STIPULATION IT IS ORDERED the Joint Stipulation to Set Briefing Schedule on Motions to Dismiss ECF Nos. 65 AND 67 is GRANTED and: |
| 3 | |
| 4 | 1. Plaintiffs shall file any opposition brief(s) to Defendants' Motions to Dismiss no later than June 14, 2018; |
| 5 | |
| 6 | 2. Defendants shall file any reply brief(s) in support of their Motions to Dismiss no later than July 3, 2018; and |
| 7 | |
| 8 | 3. Should Plaintiff choose to file a First Amended Complaint rather than filing an opposition to the Motions to Dismiss, Plaintiff shall file a First Amended Complaint by June 14, 2018. (see modifications below) |

IT IS SO ORDERED.

DATED: 5/25/2018

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

**The Honorable Edward M. Chen**
**United States District Court Judge**

```
    4.  Both motions to dismiss and CMC are rescheduled from
7/19/18 to Friday 7/27/18 at 1:30 p.m. Joint CMC statement shall
be filed by 7/20/18.
```

[PROPOSED] ORDER GRANTING JOINT STIP TO SET BRIEFING SCHEDULE
CASE NO. 3:18-1031-EMC

- 1 -

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on May 24 2018 to all counsel of record, who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.1.

*/s/ Alan M Mansfield*
Alan M. Mansfield

---

[PROPOSED] ORDER GRANTING JOINT STIP TO SET BRIEFING SCHEDULE
CASE NO. 3:18-1031-EMC