**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHN DOE ONE, JOHN DOE TWO, JOHN DOE THREE, JOHN DOE FOUR, and JOHN DOE FIVE, on behalf of themselves and all others similarly situated,<br><br>                  Plaintiffs,<br><br>v.<br><br>CVS PHARMACY, INC.; CAREMARK, L.L.C.; CAREMARK CALIFORNIA SPECIALTY PHARMACY, L.L.C.; NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK; LOWE'S COMPANIES, INC.; TIME WARNER, INC.; and DOES 1–10, inclusive,<br><br>                  Defendants. | No. 3:18-cv-1031-EMC<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED ORDER] ON STIPULATION RE: CONTINUING DEADLINE FOR CVS PHARMACY, INC., CAREMARK L.L.C.; CAREMARK CALIFORNIA SPECIALTY PHARMACY, L.L.C; AND NATIONAL RAILROAD PASSENGER CORPORATION D/B/A AMTRAK TO RESPOND TO PLAINTIFFS' (CORRECTED) FIRST AMENDED COMPLAINT** |

("PROPOSED" is shown with strikethrough)

1  **[PROPOSED] ORDER**

2  FOR GOOD CAUSE SHOWN, the Joint Stipulation Re: Continuing Deadline for CVS

3  Pharmacy, Inc., Caremark, L.L.C, Caremark California Specialty Pharmacy, L.L.C., and

4  National Railroad Passenger Corporation d/b/a Amtrak to Respond to Plaintiffs' (Corrected)

5  First Amended Complaint is hereby GRANTED:

6  CVS Pharmacy, Inc., Caremark, L.L.C, Caremark California Specialty Pharmacy, L.L.C.,

7  and National Railroad Passenger Corporation d/b/a Amtrak shall respond to Plaintiffs' corrected

8  First Amended Complaint on or before July 20, 2018.

9  This Order shall not affect any other deadlines presently scheduled in this case.

10  PURSUANT TO STIPULATION, IT IS SO ORDERED.

11

12  Dated: 6/26/2018 _____  By: _____

13  Hon. Edward M. Chen
   United States District Judge

*IT IS SO ORDERED* — Judge Edward M. Chen (United States District Court, Northern District of California seal)