**WHATLEY KALLAS, LLP**
Joe R. Whatley, Jr. (admitted *pro hac vice*)
jwhatley@whatleykallas.com
Edith M. Kallas (admitted *pro hac vice*)
ekallas@whatleykallas.com
C. Nicholas Dorman (admitted *pro hac vice*)
ndorman@whatleykallas.com
1180 Avenue of the Americas, 20th Fl.
New York, NY 10036
Tel: (212) 447-7060
Fax: (800) 922-4851

Alan M. Mansfield (Of Counsel, SBN: 125998)
amansfield@whatleykallas.com
16870 W. Bernardo Dr., Suite 400
San Diego, CA 92127
Tel: (858) 674-6641
Fax: (855) 274-1888

**CONSUMER WATCHDOG**
Jerry Flanagan (SBN: 271272)
jerry@consumerwatchdog.org
Benjamin Powell (SBN: 311624)
ben@consumerwatchdog.org
6330 San Vincente Blvd., Suite 250
Los Angeles, CA 90048
Tel: (310) 392-0522
Fax: (310) 392-8874

**Attorneys for Plaintiffs [additional counsel appear on signature page]**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

JOHN DOE ONE, JOHN DOE TWO, JOHN DOE THREE, JOHN DOE FOUR and JOHN DOE FIVE on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

CVS PHARMACY, INC.; CAREMARK, L.L.C.; CAREMARK CALIFORNIA SPECIALTY PHARMACY, L.L.C.; NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK; TIME WARNER INC. (n/k/a Warner Media, LLC); LOWE'S COMPANIES, INC.; and DOES 1-10, inclusive,

Defendants.

Case No 3:18-CV-1031-EMC

**JOINT STIPULATION AND ~~[PROPOSED]~~ MODIFIED ORDER TO ENLARGE BRIEFING SCHEDULE ON MOTIONS TO DISMISS (ECF NOS. 87 AND 89)**

Judge: **Hon. Edward M. Chen**
**San Francisco Courthouse**
**Courtroom 5, 17th Floor**

Am. Complaint Filed: June 18, 2018

Pursuant to Civil L.R. 7-12, 6-1(b) and 6-2, it is hereby stipulated by and between the parties, through their respective counsel, as follows:

WHEREAS, on July 20, 2018, Defendants CVS Pharmacy, Inc., Caremark, L.L.C., and Caremark California Specialty Pharmacy, L.L.C. filed a Motion to Dismiss the Corrected Amended Complaint (ECF No. 87);

WHEREAS, on July 20, 2018, Defendant National Railroad Passenger Corporation d/b/a Amtrak filed a Motion to Dismiss the Corrected Amended Complaint (ECF No. 89);

WHEREAS, based on L.R. 7-3(a), Plaintiffs' opposition to both motions is currently due on August 3, 2018;

WHEREAS, based on L.R. 7-3(c), Defendants' replies in support of both motions are currently due August 10, 2018;

WHEREAS, the hearing date on the Motions to Dismiss the Corrected First Amended Complaint is currently set for September 27, 2018 at 1:30 p.m.;

WHEREAS, the parties desire additional time to respond and reply to the pending motions and provide the Court with sufficient time to have that briefing completed, and agree that none of the current motion hearing dates on the Court's calendar would need to be continued or changed as a result of this Stipulation as set forth in the accompanying declaration of Alan M. Mansfield;

NOW, THEREFORE, the parties stipulate that:

1. Plaintiffs shall have until ~~August 27, 2018~~ August 10, 2018 to file their oppositions to the Defendants' pending Motions to Dismiss the Corrected Amended Complaint (ECF Nos. 87 & 89);

2. Defendants shall have until ~~September 13, 2018~~ August 17, 2018 to file their replies in support of the Motions to Dismiss the Corrected Amended Complaint;

3. The original hearing date of September 27, 2018 at 1:30 p.m. for the pending motions shall remain as currently scheduled.

**ECF ATTESTATION**

Pursuant to L.R. 5-1(i)(3), Alan M. Mansfield hereby attests that concurrence in the filing of this document has been obtained from all signatories.

DATED: July 27 , 2018

**WHATLEY KALLAS, LLP**

*/s/ Alan M Mansfield*


Alan M. Mansfield (SBN: 125998)
(Of Counsel)
amansfield@whatleykallas.com
16970 W. Bernardo Dr., Suite 400
San Diego, CA 92127
Tel.: (858) 674-6641
Fax: (855) 274-1888

Joe R. Whatley, Jr. (admitted *pro hac vice*)
jwhatley@whatleykallas.com
Edith M. Kallas (admitted *pro hac vice*)
ekallas@whatleykallas.com
C. Nicholas Dorman (admitted *pro hac vice*)
ndorman@wahtleykallas.com
1180 Avenue of the Americas, 20th Fl.
New York, NY 10036
Tel: (212) 447-7060
Fax: (800) 922-4851

**CONSUMER WATCHDOG**
Jerry Flanagan (SBN: 271272)
jerry@consumerwatchdog.org
Benjamin Powell (SBN: 311624)
ben@consumerwatchdog.org
6330 San Vincente Blvd., Suite 250
Los Angeles, CA 90048
Tel: (310) 392-0522


*Attorneys for Plaintiffs*

DATED: July 27, 2018

**WILLIAMS & CONNOLLY LLP**

*Grant A. Geyerman*


Grant A. Geyerman (admitted *pro hac vice*)
ggeyerman@wc.com
Enu Mainigi (admitted *pro hac vice*)
emainigi@wc.com
Sarah L. O'Connor (admitted *pro hac vice*)
soconnor@wc.com

Benjamin W. Graham (admitted *pro hac vice*)
bgraham@wc.com
725 Twelfth Street, N.W.
Washington, DC 20005
Tel.: (202) 434-5000
Fax: (202) 434-5029

**FOLEY & LARDNER LLP**
Tami S. Smason (SBN: 120213)
tsmason@foley.com
Nicholas J. Fox (SBN: 279577)
nfox@foley.com
555 South Flower Street, Suite 3500
Los Angeles, CA 90071
Tel: (213) 972-4500
Fax: (213) 486-0065

*Attorneys for Defendants CVS Pharmacy, Inc.; Caremark, L.L.C.; and Caremark California Specialty Pharmacy, L.L.C.*

**MORGAN, LEWIS & BOCKIUS LLP**

DATED: July 27, 2018

*/s/ Ellie F. Chapman*

Ellie F. Chapman (SBN: 305473)
ellie.chapman@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105
Tel.: (415) 442-1000
Fax: (415) 442-1001

Brian W. Shaffer (admitted *pro hac vice*)
brian.shaffer@morganlewis.com
1701 Market Street
Philadelphia, PA 19103-2921
Tel: (215) 963-5000
Fax: (215) 963-5001

Elise M. Attridge (admitted *pro hac vice*)
elise.attridge@morganlewis.com
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
Tel: (202) 739-3000
Fax: (202) 739-3001

*Attorneys for Defendant National Railroad Passenger Corporation d/b/a Amtrak*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. AS MODIFIED

DATED: July 31, 2018

The Honorable Edward M. Chen
United States District Court Judge



**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on July 27, 2018 to all counsel of record, who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.1.

*/s/ Alan M Mansfield*
Alan M. Mansfield