**WHATLEY KALLAS, LLP**
Joe R. Whatley, Jr. (admitted *pro hac vice*)
jwhatley@whatleykallas.com
Edith M. Kallas (admitted *pro hac vice*)
ekallas@whatleykallas.com
C. Nicholas Dorman (admitted *pro hac vice*)
ndorman@whatleykallas.com
1180 Avenue of the Americas, 20th Fl.
New York, NY 10036
Tel: (212) 447-7060
Fax: (800) 922-4851

Alan M. Mansfield (Of Counsel, SBN: 125998)
amansfield@whatleykallas.com
16870 W. Bernardo Dr., Suite 400
San Diego, CA 92127
Tel: (858) 674-6641
Fax: (855) 274-1888

**CONSUMER WATCHDOG**
Jerry Flanagan (SBN: 271272)
jerry@consumerwatchdog.org
Benjamin Powell (SBN: 311624)
ben@consumerwatchdog.org
6330 San Vincente Blvd., Suite 250
Los Angeles, CA 90048
Tel: (310) 392-0522
Fax: (310) 392-8874

**Attorneys for Plaintiffs [additional counsel appear on signature page]**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHN DOE ONE, JOHN DOE TWO, JOHN DOE THREE, JOHN DOE FOUR and JOHN DOE FIVE on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CVS PHARMACY, INC.; CAREMARK, L.L.C.; CAREMARK CALIFORNIA SPECIALTY PHARMACY, L.L.C.; NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK; TIME WARNER INC. (n/k/a Warner Media, LLC); LOWE'S COMPANIES, INC.; and DOES 1-10, inclusive,<br><br>Defendants. | Case No 3:18-CV-1031-EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO ENLARGE BRIEFING SCHEDULE ON MOTIONS TO DISMISS (ECF NO. 97)**<br><br>Judge: **Hon. Edward M. Chen**<br>**San Francisco Courthouse**<br>**Courtroom 5, 17th Floor**<br><br>Am. Complaint Filed: June 18, 2018 |

Pursuant to Civil L.R. 7-12, 6-1(b) and 6-2, it is hereby stipulated by and between the parties, through their respective counsel, as follows:

WHEREAS, on July 27, 2018, Defendants Lowe's Companies, Inc. ("LCI") filed a Motion to Dismiss the Corrected Amended Complaint (ECF No. 97);

WHEREAS, based on L.R. 7-3(a), Plaintiffs' opposition to the LCI's motion to dismiss is currently due on August 10, 2018 (when one of Plaintiffs' counsel is to be on vacation, and responses to two other related motions are due);

WHEREAS, based on L.R. 7-3(c), Defendant LCI's reply in support of its motion is currently due August 17, 2018;

WHEREAS, by agreement, the other Defendants who have filed motions agreed to a briefing schedule that was modified by Order of the Court (ECF No. 102), and the parties have agreed that the hearing date on all Motions to Dismiss directed at the Corrected Amended Complaint are currently set for September 27, 2018 at 1:30 p.m.;

WHEREAS, counsel for LCI is willing to agree to a modification of the current schedule to accommodate Plaintiffs' counsel, provided that the modified briefing schedule does not interfere with a pre-planned, pre-paid vacation that LCI's counsel intends to take from August 17 to August 25, 2018;

WHEREAS, LCI's agreement to an extension of Plaintiffs' deadline to file their opposition to LCI's motion to dismiss is contingent on LCI's reply being due no earlier than August 31, 2018;

WHEREAS, the parties desire additional time to respond and reply to the pending motions and provide the Court with sufficient time to have that briefing completed, and agree that none of the current motion hearing dates on the Court's calendar would need to be continued or changed as a result of this Stipulation as set forth in the accompanying declaration of Alan M. Mansfield;

NOW, THEREFORE, the parties stipulate that:

1. Plaintiffs shall have until August 23, 2018 to file their oppositions to Defendant LCI's Motion to Dismiss the Corrected Amended Complaint (ECF No. 97);

2. Defendant LCI shall have until August 31, 2018 to file any reply in support of its Motion to Dismiss the Corrected Amended Complaint; and

3. The hearing date of September 27, 2018 at 1:30 p.m. for the pending and anticipated motions to dismiss shall remain as currently scheduled.

# ECF ATTESTATION

Pursuant to L.R. 5-1(i)(3), Alan M. Mansfield hereby attests that concurrence in the filing of this document has been obtained from all signatories.

**WHATLEY KALLAS, LLP**

DATED: August 3, 2018

*/s/ Alan M Mansfield*
Alan M. Mansfield (SBN: 125998)
(Of Counsel)
amansfield@whatleykallas.com
16970 W. Bernardo Dr., Suite 400
San Diego, CA 92127
Tel.: (858) 674-6641
Fax: (855) 274-1888

Joe R. Whatley, Jr. (admitted *pro hac vice*)
jwhatley@whatleykallas.com
Edith M. Kallas (admitted *pro hac vice*)
ekallas@whatleykallas.com
C. Nicholas Dorman (admitted *pro hac vice*)
ndorman@wahtleykallas.com
1180 Avenue of the Americas, 20th Fl.
New York, NY 10036
Tel: (212) 447-7060
Fax: (800) 922-4851

**CONSUMER WATCHDOG**
Jerry Flanagan (SBN: 271272)
jerry@consumerwatchdog.org
Benjamin Powell (SBN: 311624)
ben@consumerwatchdog.org
6330 San Vincente Blvd., Suite 250
Los Angeles, CA 90048
Tel: (310) 392-0522

*Attorneys for Plaintiffs*

|  |  |
|---|---|
| DATED: August 3, 2018 | **HUNTON ANDREWS KURTH LLP**<br><br>*/s/ Kirk A. Hornbeck*<br>Kirk A. Hornbeck (SBN 241708)<br>khornbeck@HuntonAK.com<br>Phillip J. Eskenazi (SBN 241708)<br>peskenazi@HuntonAK.com<br>550 S. Hope Street, Suite 2000<br>Los Angeles, CA 90071<br>Tel: (213) 532-0000<br>Fax: (213) 532-2020<br><br>*Attorneys for Defendant Lowe's Companies, Inc.* |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 6, 2018                    _____
                                                              **The Honorable Edward M. Chen**
                                                              **United States District Court Judge**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on August 3, 2018 to all counsel of record, who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.1.

*/s/ Alan M Mansfield*
Alan M. Mansfield