| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| | Ellie F. Chapman, Bar No. 305473 |
| 2 | ellie.chapman@morganlewis.com |
| | One Market, Spear Street Tower |
| 3 | San Francisco, CA 94105-1596 |
| | Tel: +1.415.442.1000 |
| 4 | Fax: +1.415.442.1001 |
| 5 | MORGAN, LEWIS & BOCKIUS LLP |
| | Brian W. Shaffer (*Pro Hac Vice*) |
| 6 | brian.shaffer@morganlewis.com |
| | 1701 Market Street |
| 7 | Philadelphia, PA 19103-2921 |
| | Tel: +1.215.963.5000 |
| 8 | Fax: +1.215.963.5001 |
| 9 | MORGAN, LEWIS & BOCKIUS LLP |
| | Elise M. Attridge (*Pro Hac Vice*) |
| 10 | elise.attridge@morganlewis.com |
| | 1111 Pennsylvania Avenue, NW |
| 11 | Washington, DC 20004-2541 |
| | Tel: +1.202.739-3000 |
| 12 | Fax: +1.202.739.3001 |

Attorneys for Defendant NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK

[additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE ONE, JOHN DOE TWO, JOHN DOE THREE, JOHN DOE FOUR, and JOHN DOE FIVE on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> CVS PHARMACY, INC.; CAREMARK RX, L.L.C.; CAREMARK, L.L.C.; CAREMARK CALIFORNIA SPECIALTY PHARMACY, L.L.C.; NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK; LOWE'S COMPANIES, INC.; TIME WARNER, INC.; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 3:18-cv-1031 EMC <br><br> **STIPULATION AND [PRO~~POS~~ED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE (L.R. 6-2)** <br><br> Dept: Courtroom 5, 17th Floor <br> Judge: Edward M. Chen |

Pursuant to Civil Local Rule 6-2, Plaintiffs John Doe One, John Doe Two, John Doe Three, John Doe Four, and John Doe Five (collectively, "Plaintiffs"), and Defendants CVS Pharmacy, Inc., Caremark, L.L.C., Caremark California Specialty Pharmacy, L.L.C. (collectively, "CVS"), National Railroad Passenger Corporation d/b/a Amtrak ("Amtrak"), Lowe's Companies, Inc. ("LCI"), and Time Warner, Inc. ("Time Warner") (collectively, CVS, Amtrak, LCI, and Time Warner are "Defendants"), by and through their undersigned counsel, do hereby stipulate as follows:

WHEREAS, the Initial Case Management Conference is currently set for August 16, 2018 at 9:30 a.m.;

WHEREAS, briefing on Defendants' respective motions to dismiss Plaintiffs' Amended Complaint will not be completed by August 16, 2018;

WHEREAS, the parties have stipulated and requested that the hearing on Defendants' respective motions to dismiss be held on September 27, 2018 at 1:30 p.m., and the Court has granted that request (*see* ECF No. 102);

WHEREAS, Amtrak's lead counsel, Brian Shaffer, is unavailable on August 16, 2018 due to a previously scheduled vacation and Amtrak's other senior lawyer, Elise Attridge, will be unavailable due to maternity leave;

WHEREAS, counsel for Plaintiffs, CVS, and Amtrak have previously met and conferred to discuss the matters covered in the Initial Case Management Conference statement, and have circulated drafts of that statement, but additional defendants LCI and Time Warner have been added to this case via Plaintiffs' Amended Complaint since then;

WHEREAS, the parties have met and conferred and stipulated to continue the Initial Case Management Conference;

WHEREAS, the parties respectfully request that the Initial Case Management Conference be continued to September 27, 2018 immediately after the hearing on Defendants' respective motions to dismiss, or, alternatively, continued to September 13, 2018 at 9:30 a.m.;[1] and

---
[1] Unless the Court desires the earlier date, Defendants prefer that the Initial Case Management Conference take place on September 27, 2018 immediately after the hearing on Defendants' respective motions to dismiss to minimize travel by out-of-state counsel to California.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1     Case No. 3:18-cv-1031 EMC
STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

WHEREAS, the parties agree that they will file a joint Initial Case Management Conference statement one week before the Initial Case Management Conference.

THEREFORE, the parties, by and through their counsel of record, hereby stipulate to the above and request that the Court continue the Initial Case Management Conference from August 16, 2018 to September 27, 2018 immediately after the hearing on Defendants' respective motions to dismiss, or, alternatively, to September 13, 2018 at 9:30 a.m.

---

Counsel for Time Warner has a scheduling conflict the morning of September 27, hence the parties' request that the Initial Case Management Conference take place after the motions to dismiss hearing.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

# ECF ATTESTATION

Pursuant to L.R. 5-1(i)(3), Ellie F. Chapman hereby attests that concurrence in the filing of this document has been obtained from all signatories.

**MORGAN, LEWIS & BOCKIUS LLP**

DATED: August 7, 2018

/s/ Ellie F. Chapman
Ellie F. Chapman (SBN: 305473)
ellie.chapman@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105
Tel.: (415) 442-1000
Fax: (415) 442-1001

Brian W. Shaffer (admitted *pro hac vice*)
brian.shaffer@morganlewis.com
1701 Market Street
Philadelphia, PA 19103-2921
Tel: (215) 963-5000
Fax: (215) 963-5001

Elise M. Attridge (admitted *pro hac vice*)
elise.attridge@morganlewis.com
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
Tel: (202) 739-3000
Fax: (202) 739-3001

*Attorneys for Defendant National Railroad Passenger Corporation d/b/a Amtrak*

**WHATLEY KALLAS, LLP**

DATED: August 7, 2018

/s/ Alan M. Mansfield
Alan M. Mansfield (SBN: 125998)
(Of Counsel)
amansfield@whatleykallas.com
16970 W. Bernardo Dr., Suite 400
San Diego, CA 92127
Tel.: (858) 674-6641
Fax: (855) 274-1888
Joe R. Whatley, Jr. (admitted *pro hac vice*)
jwhatley@whatleykallas.com
Edith M. Kallas (admitted *pro hac vice*)
ekallas@whatleykallas.com
C. Nicholas Dorman (admitted *pro hac vice*)
ndorman@wahtleykallas.com
1180 Avenue of the Americas, 20th Fl.
New York, NY 10036

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3  Case No. 3:18-cv-1031 EMC
STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

| | |
|---|---|
| 1 | Tel: (212) 447-7060<br>Fax: (800) 922-4851 |
| 2 | |
| 3 | **CONSUMER WATCHDOG**<br>Jerry Flanagan (SBN: 271272) |
| 4 | jerry@consumerwatchdog.org<br>Benjamin Powell (SBN: 311624) |
| 5 | ben@consumerwatchdog.org<br>6330 San Vincente Blvd., Suite 250 |
| 6 | Los Angeles, CA 90048<br>Tel: (310) 392-0522 |
| 7 | *Attorneys for Plaintiffs* |
| 8 | **WILLIAMS & CONNOLLY LLP** |
| 9 | DATED: August 7, 2018     Grant A. Geyerman |
| 10 | Grant A. Geyerman (admitted *pro hac vice*)<br>ggeyerman@wc.com |
| 11 | Enu Mainigi (admitted *pro hac vice*)<br>emainigi@wc.com |
| 12 | Sarah L. O'Connor (admitted *pro hac vice*)<br>soconnor@wc.com |
| 13 | Benjamin W. Graham (admitted *pro hac vice*)<br>bgraham@wc.com |
| 14 | 725 Twelfth Street, N.W.<br>Washington, DC 20005 |
| 15 | Tel.: (202) 434-5000<br>Fax: (202) 434-5029 |
| 16 | **FOLEY & LARDNER LLP** |
| 17 | Tami S. Smason (SBN: 120213)<br>tsmason@foley.com |
| 18 | Nicholas J. Fox (SBN: 279577)<br>nfox@foley.com |
| 19 | 555 South Flower Street, Suite 3500<br>Los Angeles, CA 90071 |
| 20 | Tel: (213) 972-4500<br>Fax: (213) 486-0065 |
| 21 | *Attorneys for Defendants CVS Pharmacy, Inc.;* |
| 22 | *Caremark, L.L.C.; and Caremark California Specialty Pharmacy, L.L.C.* |
| 23 | |
| 24 | **WFBM, LLP** |
| 25 | DATED: August 7, 2018     /s/ Scott D. Mroz |
| 26 | Scott D. Mroz<br>WFBM, LLP |
| 27 | 601 Montgomery Street, Ninth Floor<br>San Francisco, CA 94111 |
| 28 | Telephone: (415) 781-7072<br>Facsimile: (415) 391-6258 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4     Case No. 3:18-cv-1031 EMC

STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

Email: smroz@wfbm.com
*Counsel for Warner Media LLC*

**HUNTON ANDREWS KURTH LLP**
Phillip J. Eskenazi
Kirk A. Hornbeck

DATED: August 7, 2018     /s/ Kirk A. Hornbeck
Kirk A. Hornbeck
*Attorneys for Defendant*
LOWE'S COMPANIES, INC.

Morgan, Lewis &
Bockius LLP
Attorneys at Law
San Francisco

5     Case No. 3:18-cv-1031 EMC

STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.  CMC reset from 8/16/18 to 9/27/18 at 1:30 p.m. Joint CMC statement due 9/20/18.

DATED: 8/9/18

_____
The Honorable Edward M. Chen
United States District Court Judge

*IT IS SO ORDERED AS MODIFIED*
/s/ Judge Edward M. Chen

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO