UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE ONE, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CVS PHARMACY, INC., et al.,<br><br>　　　　Defendants. | Case No. 18-cv-01031-EMC<br><br>**JUDGMENT** |

On December 12, 2018, the Court issued its Order Granting Defendants' Motions to Dismiss (*see* Order, Docket No. 143).  Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment in favor of Defendants.  The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED**.

Dated: December 12, 2018

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge