TAMI S. SMASON, CA Bar No. 120213
  tsmason@foley.com
JOHN J. ATALLAH, CA Bar No. 294116
  jatallah@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, STE. 3300
LOS ANGELES, CA  90071-2411
TELEPHONE: 213-972-4500
FACSIMILE:   213-486-0065

ENU MAINIGI (*PRO HAC VICE*)
  emainigi@wc.com
CRAIG D. SINGER (*PRO HAC VICE*)
  csinger@wc.com
GRANT A. GEYERMAN (*PRO HAC VICE*)
  ggeyerman@wc.com
SARAH O'CONNOR (*PRO HAC VICE*)
  soconnor@wc.com
BENJAMIN W. GRAHAM (*PRO HAC VICE*)
  bgraham@wc.com
**WILLIAMS & CONNOLLY LLP**
725 TWELFTH STREET, N.W.
WASHINGTON, DC 20005
TELEPHONE: 202-434-5000
FACSIMILE:   202-434-5029

*Attorneys for Defendants CVS Pharmacy, Inc.; Caremark, L.L.C.; and Caremark California Specialty Pharmacy, L.L.C.*

[additional counsel appear on signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE ONE, JOHN DOE TWO, JOHN DOE THREE, JOHN DOE FOUR, and JOHN DOE FIVE, on behalf of themselves and all others similarly situated,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>CVS PHARMACY, INC.; CAREMARK, L.L.C.; CAREMARK CALIFORNIA SPECIALTY PHARMACY, L.L.C.; and DOES 1-10, inclusive,<br><br>　　Defendants. | Case No.:  3:18-cv-1031-EMC<br><br>**JOINT STATUS REPORT**<br><br>Judge: Hon. Edward M. Chen<br>San Francisco Courthouse<br>Courtroom 5, 17th Floor<br><br>Second Amended Complaint: March 31, 2021 |

Counsel for the John Doe Plaintiffs and for the CVS Defendants provide the Court with the following update:

On November 12, 2021, the U.S. Supreme Court dismissed the petition for a writ of certiorari, by joint stipulation of the parties. This Court previously calendared a status conference for February 8, 2022, with a joint status report due on February 1, 2022. The parties agree that conference date is still appropriate and that the current stay of proceedings should remain in effect until then. Should the Court prefer to set an earlier status conference date, the parties of course will accommodate the Court's schedule. In advance of the status conference the parties will meet and confer in an effort to agree upon a joint proposed scheduling order.

### ECF ATTESTATION

Pursuant to L.R. 5-1(i)(3), John J. Atallah hereby attests that concurrence in the filing of this document has been obtained from all signatories.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

Dated: November 24, 2021

**FOLEY & LARDNER LLP**

*/s/ John J. Atallah*
Tami S. Smason (SBN: 120213)
tsmason@foley.com
John J. Atallah (SBN: 294116)
jatallah@foley.com
555 South Flower Street, Suite 3300
Los Angeles, CA 90071
Tel: (213) 972-4500
Fax: (213) 486-0065

**WILLIAMS & CONNOLLY LLP**

*/s/ Craig D. Singer*
Enu Mainigi (admitted *pro hac vice*)
emainigi@wc.com
Craig D. Singer (admitted *pro hac vice*)
csinger@wc.com
Grant A. Geyerman (admitted *pro hac vice*)
ggeyerman@wc.com
Sarah L. O'Connor (admitted *pro hac vice*)
soconnor@wc.com
Benjamin W. Graham (admitted *pro hac vice*)
bgraham@wc.com
725 Twelfth Street, N.W.
Washington, DC 20005
Tel.: (202) 434-5000
Fax: (202) 434-5029

*Attorneys for Defendants CVS Pharmacy, Inc.; Caremark, L.L.C.; and Caremark California Specialty Pharmacy, L.L.C.*

| | | |
|---|---|---|
| 1 | Dated: November 24, 2021 | **WHATLEY KALLAS, LLP** |

*/s/ Alan M. Mansfield*
Alan M. Mansfield (SBN: 125998)
(Of Counsel)
amansfield@whatleykallas.com
16970 W. Bernardo Dr., Suite 400
San Diego, CA 92127
Tel.: (858) 674-6641
Fax: (855) 274-1888

Joe R. Whatley, Jr. (admitted pro hac vice)
jwhatley@whatleykallas.com
Edith M. Kallas (admitted pro hac vice)
ekallas@whatleykallas.com
Henry C. Quillen (admitted pro hac vice)
hquillen@whatleykallas.com
152 West 57th Street, 41st Floor
New York, NY 10019
Tel: (212) 447-7060
Fax: (800) 922-4851

**CONSUMER WATCHDOG**

*/s/ Jerry Flanagan*
Jerry Flanagan (SBN: 271272)
jerry@consumerwatchdog.org
Benjamin Powell (SBN: 311624)
ben@consumerwatchdog.org
6330 San Vincente Blvd., Suite 250
Los Angeles, CA 90048
Tel: (310) 392-0522

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on **November 24, 2021** to all counsel of record, who are deemed to have consented to electronic service via the court's CM/ECF system per Civil Local Rule 5.1.

                                */s/ John J. Atallah*
                                John J. Atallah