*[Submitting counsel appear in the signature block]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE ONE, RICHARD ROE, in his capacity as executor for JOHN DOE TWO, JOHN DOE SIX; and JOHN DOE SEVEN, on behalf of themselves and all others similarly situated and for the benefit of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>CVS PHARMACY, INC.; CAREMARK, L.L.C.; CAREMARK CALIFORNIA SPECIALTY PHARMACY, L.L.C.; GARFIELD BEACH CVS, L.L.C.; CAREMARKPCS HEALTH, L.L.C.; and DOES 1–10, inclusive,<br><br>Defendants. | Case No. 3:18-CV-1031-EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>**CURRENT DATES:**<br>Motion for Class Certification: June 17, 2024<br>Opposition for Motion for Class Certification: August 16, 2024<br>Reply in Support of the Motion for Class Certification: September 6, 2024<br>Hearing on Motion for Class Certification: October 10, 2024 at 1:30 p.m.<br><br>**PROPOSED DATES:**<br>Motion for Class Certification: September 16, 2024<br>Opposition for Motion for Class Certification: November 15, 2024<br>Reply in Support of Motion for Class Certification: December 6, 2024<br>Hearing on Motion for Class Certification: January 9, 2025 at 1:30 p.m. |

Pursuant to Local Rule 6-2(a), Plaintiffs JOHN DOE ONE, RICHARD ROE, in his capacity as executor for JOHN DOE TWO, JOHN DOE SIX, and JOHN DOE SEVEN ("Plaintiffs") and Defendants CVS Pharmacy, Inc., Caremark, L.L.C., CaremarkPCS Health, L.L.C., Caremark California Specialty Pharmacy, L.L.C., and Garfield Beach CVS, L.L.C. ("Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on April 30, 2024, the Court issued a Notice setting the schedule for Plaintiffs' Motion for Class Certification (Dkt. No. 255) as follows:

| Item | Deadline |
| --- | --- |
| Motion for Class Certification | June 17, 2024 |
| Opposition for Motion for Class Certification | August 16, 2024 |
| Reply in Support of the Motion for Class Certification | September 6, 2024 |
| Hearing on Motion for Class Certification | October 10, 2024 at 1:30 p.m. |

WHEREAS, as set forth in the accompanying Declaration of C. Nicholas Dorman ("Dorman Decl.") providing the reasons for this Stipulation pursuant to Local Rule 6-2(a), while the parties have been continuing to engage in discovery, Plaintiffs are in the process of providing discovery responses for newly added Plaintiff John Doe Seven, third parties are still in the process of providing responsive information to outstanding subpoenas, Defendants are still gathering and producing responsive information that Plaintiffs contend will be relevant to Plaintiffs' Motion for Class Certification, and the parties are still in the process of scheduling the Rule 30(b)(6) deposition of Defendants' corporate representative(s), for which Defendants have not yet been able to offer dates, and the parties are still engaged in meet and confer discussions over the scope of the production of such information;

WHEREAS, while there have been previous time modifications during the course of this case, both by stipulation and Court order (Dorman Decl. at ¶ 4), this is the first request to modify the schedule following the Defendants answering the operative complaint; and

WHEREAS, the filing of the stipulation will not affect any trial or pre-trial dates in the case (there having been no trial setting made yet in the case);

1    **NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the parties, through

2   their respective counsel, the briefing schedule for Plaintiffs' Motion for Class Certification shall be

3   modified as follows:

| Item | New [Proposed] Deadline |
|---|---|
| Motion for Class Certification | September 16, 2024 |
| Opposition for Motion for Class Certification | November 15, 2024 |
| Reply in Support of Motion for Class Certification | December 6, 2024 |
| Hearing on Motion for Class Certification | January 9, 2025 at 1:30 p.m. |

## ECF ATTESTATION

Pursuant to Local Rule 5-1(h)(3), Alan M. Mansfield hereby attests that concurrence in the filing of this document has been obtained from all signatories.

Dated:  May 20, 2024                                      Respectfully submitted,

*/s/ Alan M. Mansfield*
**WHATLEY KALLAS, LLP**
Alan M. Mansfield (SBN: 125998)
(Of Counsel)
amansfield@whatleykallas.com
16970 W. Bernardo Dr., Suite 400
San Diego, CA 92127
Tel.: (858) 674-6641
Fax: (855) 274-1888

Joe R. Whatley, Jr. (admitted *pro hac vice*)
jwhatley@whatleykallas.com
Edith M. Kallas (admitted *pro hac vice*)
ekallas@whatleykallas.com
Henry C. Quillen (admitted *pro hac vice*)
hquillen@whatleykallas.com
152 West 57th Street, 41st Floor
New York, NY 10019
Tel: (212) 447-7060
Fax: (800) 922-4851

**CONSUMER WATCHDOG**
Jerry Flanagan (SBN: 271272)
jerry@consumerwatchdog.org
Benjamin Powell (SBN: 311624)

2

1  
2  ben@consumerwatchdog.org  
   6330 San Vicente Blvd., Suite 250  
   Los Angeles, CA 90048  
   Tel: (310) 392-0522  

3  *Attorneys for Plaintiffs*

4  
5  Dated:  May 20, 2024

6  */s/ Grant A. Geyerman*  
   Enu Mainigi (*Pro Hac Vice*)  
   Craig D. Singer (*Pro Hac Vice*)  
7  Grant A. Geyerman (*Pro Hac Vice*)  
   Benjamin W. Graham (*Pro Hac Vice*)  
8  WILLIAMS & CONNOLLY LLP  
   680 Maine Ave., S.W.  
9  Washington, DC 20024  
   Telephone:  (202) 434-5000  
10 Facsimile:  (202) 434-5029  

11 John J. Atallah (Bar No. 294116)  
   FOLEY & LARDNER LLP  
12 555 South Flower Street, Ste. 3500  
   Los Angeles, CA 90071  
13 Telephone: (213) 972-4500  
   Facsimile: (213) 486-0065  

14  
15 *Attorneys for Defendants*

16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

3

JT STIPULATION AND [PROPOSED] ORDER RE  
CLASS CERTIFICATION BRIEFING

Case No.: 3:18-cv-01031-EMC

**[PROPOSED] ORDER**

Based upon the Stipulation of the parties and the supporting declaration of C. Nicholas Dorman, and good cause appearing therefor, the Court hereby amends its previous order setting the schedule for Plaintiffs' Motion for Class Certification (Dkt. No. 255), as follows:

| Event | New Deadline |
| --- | --- |
| Motion for Class Certification | September 16, 2024 |
| Opposition for Motion for Class Certification | November 15, 2024 |
| Reply in Support of Motion for Class Certification | December 6, 2024 |
| Hearing on Motion for Class Certification | January 9, 2025 at 1:30 p.m. |

IT IS SO ORDERED.

Dated: May 21, 2024

By _____

HON. EDWARD CHEN
United States District Judge