*[Submitting counsel appear in the signature block]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE ONE, RICHARD ROE, in his capacity as executor for JOHN DOE TWO, JOHN DOE SIX; and JOHN DOE SEVEN, on behalf of themselves and all others similarly situated and for the benefit of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>CVS PHARMACY, INC.; CAREMARK, L.L.C.; CAREMARK CALIFORNIA SPECIALTY PHARMACY, L.L.C.; GARFIELD BEACH CVS, L.L.C.; CAREMARKPCS HEALTH, L.L.C.; and DOES 1–10, inclusive,<br><br>Defendants. | Case No. 3:18-CV-1031-EMC<br><br>**JOINT STIPULATION OF FACTS** |

The Parties to this action stipulate to the following facts:

1. CVS Health Corporation is the direct parent company of CVS Pharmacy, Inc.

2. CVS Pharmacy, Inc. is the direct parent company of one defendant in the case: Garfield Beach CVS, L.L.C.  CVS Pharmacy, Inc. is an indirect parent company of three defendants in the case:  Caremark, L.L.C., Caremark California Specialty Pharmacy, L.L.C., and CaremarkPCS Health, L.L.C.

3. Caremark Rx, L.L.C. is a direct subsidiary of CVS Pharmacy, Inc.

   a. Caremark Rx, L.L.C. is the direct parent company of Caremark, L.L.C.

   b. Caremark Rx, L.L.C. is also the direct parent company of CaremarkPCS, L.L.C., which in turn is the direct parent company of CaremarkPCS Health, L.L.C.

4. Caremark California Specialty Pharmacy, L.L.C. is an indirect subsidiary of Caremark, L.L.C.

**ECF ATTESTATION**

Pursuant to Local Rule 5-1(h)(3), Henry C. Quillen hereby attests that concurrence in the filing of this document has been obtained from all signatories.

Dated:  October 14, 2024  Respectfully submitted,

*/s/ Henry C. Quillen*
**WHATLEY KALLAS, LLP**
Henry C. Quillen (admitted *pro hac vice*)
hquillen@whatleykallas.com
Joe R. Whatley, Jr. (admitted *pro hac vice*)
jwhatley@whatleykallas.com
Edith M. Kallas (admitted *pro hac vice*)
ekallas@whatleykallas.com
152 West 57th Street, 41st Floor
New York, NY 10019
Tel: (212) 447-7060
Fax: (800) 922-4851

Alan M. Mansfield (SBN: 125998)
(Of Counsel)
amansfield@whatleykallas.com
16970 W. Bernardo Dr., Suite 400
San Diego, CA 92127
Tel.: (858) 674-6641
Fax: (855) 274-1888

|   |   |
|---|---|
| | **CONSUMER WATCHDOG**<br>Jerry Flanagan (SBN: 271272)<br>jerry@consumerwatchdog.org<br>Benjamin Powell (SBN: 311624)<br>ben@consumerwatchdog.org<br>Ryan Mellino (SBN: 342497)<br>ryan@consumerwatchdog.org<br>6330 San Vicente Blvd., Suite 250<br>Los Angeles, CA 90048<br>Tel: (310) 392-0522<br><br>*Attorneys for Plaintiffs* |
| Dated: October 14, 2024 | |
| | */s/ Grant A. Geyerman*<br>Enu Mainigi (*Pro Hac Vice*)<br>Craig D. Singer (*Pro Hac Vice*)<br>Grant A. Geyerman (*Pro Hac Vice*)<br>Benjamin W. Graham (*Pro Hac Vice*)<br>WILLIAMS & CONNOLLY LLP<br>680 Maine Ave., S.W.<br>Washington, DC 20024<br>Telephone: (202) 434-5000<br>Facsimile: (202) 434-5029<br><br>John J. Atallah (Bar No. 294116)<br>FOLEY & LARDNER LLP<br>555 South Flower Street, Ste. 3500<br>Los Angeles, CA 90071<br>Telephone: (213) 972-4500<br>Facsimile: (213) 486-0065<br><br>*Attorneys for Defendants* |